AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Daniel Ramos and Mirian Qquehue, | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No. 22 Civ. 2786 |
| The Cheesecake Factory Restaurants, Inc., | ) | |
| *Defendant.* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, both on behalf of themselves and all others similarly situated

Date: 04/05/2022

*Attorney's signature*

Gianfranco J. Cuadra, GC3633
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
*Address*

cuadra@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*