UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL RAMOS and MIRIAN QQUEHUE, on behalf of themselves and all others similarly situated,

                Plaintiff,

-against-

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

                Defendant.

**ORDER STAYING ACTION PENDING ARBITRATION**

22-CV-02786 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties advised that they "have agreed to stay this case and submit all disputes between them to individual arbitrations in accord with the terms of their respective arbitration agreements." (Doc. 14 at 1). Accordingly, it is **HEREBY ORDERED** that:

1. This action is STAYED pending the outcome of arbitration;

2. All scheduled conferences or other scheduled court appearances are cancelled; and

3. The Clerk of the Court is respectfully directed to administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

                SO ORDERED:

Dated: White Plains, New York
        August 12, 2022

_____
PHILIP M. HALPERN
United States District Judge

---

[1] *See Zimmerman v. UBS AG*, 789 F. App'x 914, 915-16 (2d Cir. 2020) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience." (alterations in original, internal quotation marks omitted)).